USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/2026

**MEMORANDUM ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

August 13, 2026

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007

*Re:* Clive L. Clarke, Jr. v. The City of New York, et al.,
No. 25-CV-8087 (GHW)

Dear Judge Woods:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York representing defendant City of New York in the above-referenced matter. The parties write jointly to respectfully request a stay and adjournment of all deadlines as they have reached a settlement in principle pending resolution of any potential Medicaid liens. The parties will provide a status update to inform about the status of settlement after receipt of documentation from Medicaid.

Thank you for your consideration herein.

Respectfully submitted,

/s/Randy Nandlall
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Thomas Combs
Levine & Slavit, PLLC
*Attorney for Plaintiff*

Application granted. The deadlines in this case are stayed and adjourned pending resolution of any potential Medicaid liens. The parties are ordered to submit a joint status letter by the earlier of the receipt of documentation from Medicaid or September 28, 2026. The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated: August 14, 2026

GREGORY H. WOODS
United States District Judge